**SCHENCK, PRICE, SMITH & KING, LLP**
220 Park Avenue
P.O. Box 991
Florham Park, New Jersey 07932-0991
**John M. Bowens, Esq.**
(973) 539-1000
Attorneys for Plaintiff,
Morris County Board of Chosen Freeholders

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MORRIS COUNTY BOARD OF CHOSEN FREEHOLDERS<br><br>Plaintiff,<br><br>v.<br><br>FREEDOM FROM RELIGION FOUNDATION and DAVID STEKETEE<br><br>DefendantS. | CASE NO.: _____<br><br>**ORDER TO SHOW CAUSE WITH TEMPORARY RESTRAINTS** |

THIS MATTER having been brought before the Court by Plaintiff, through its counsel, by Order to Show Cause seeking a temporary restraining order and preliminary injunction pursuant to Federal Rule of Civil Procedure 65 and L. Civ. R. 65.1, and upon the Verified Complaint, and Memorandum of Law submitted herewith the Court having determined that good and sufficient reasons exist to proceed by way of Order to Show Cause, and for good cause shown.

IT IS on this _____ day of April, 2019, ORDERED that the Defendants appear and show cause on the _____ day of _____, 2019, before the United

States District Court for the District of New Jersey, Hon. _____, at the Martin Luther King Building & U.S. Courthouse, located at 50 Walnut Street, Newark, New Jersey 07101 at _____ o'clock, or as soon thereafter as counsel can be heard, why an Order should not be entered;

A. Preliminarily and permanently enjoining Defendants from recovering any attorneys' fees in relation to its pending application to the Superior Court of New Jersey, Chancery Division, Somerset County, entitled <u>Freedom From Religion Foundation, et al. v. Morris County Board of Chosen Freeholders, et al.</u>, Docket No. SOM-C-12089-15;

B. Ordering such other and further relief as the Court deems just and appropriate.

And it is further ORDERED that:

1. A copy of this Order to Show Cause, Verified Complaint, and Memorandum of Law submitted in support of this application, together with a summons, shall be served upon the Defendant personally within _____ days of the date hereof, in accordance with FRCP 4.

2. Plaintiff must file with the Court its proof of service of the pleadings on the Defendants no later than three (3) days before the return date.

3. Defendants shall file and serve a written response to this Order to Show Cause and proof of service by _____, 2019. You must send a courtesy copy of your opposition papers directly to Judge _____, whose address is: _____, New Jersey _____.

4. Plaintiff must file and serve any written reply to the Defendants' opposition to the Order to Show Cause by _____, 2019. A courtesy copy of the reply papers must be sent directly to the chambers of Judge _____.

5. If Defendants do not file and serve opposition to this Order to Show Cause, the application will be decided on the papers on the return date and relief may be granted by default, provided that the Plaintiff files a proof of service and a proposed form of Order at least three days prior to the return date.

6. If Plaintiff has not already done so, a proposed form of Order addressing the relief sought on the return date (along with a self-addressed return envelope with return address and postage) must be submitted to the Court no later than three (3) days before the return date.

7. The Court will notify the parties whether it will entertain argument on the return date of the Order to Show Cause in accordance with Local Civil Rule 78.1.

_____
United States District Court Judge