# Schenck Price
**SCHENCK PRICE SMITH & KING, LLP**

*Serving Our Clients and Community*
*For Over 100 Years*

**JOHN M. BOWENS**
*Admitted in NJ & CA*

Direct Line: 973-540-7357
Email: jmb@spsk.com

220 Park Avenue
PO Box 991
Florham Park, NJ 07932
Telephone: 973-539-1000
Fax: 973-540-7300
www.spsk.com

April 29, 2019

**Via ECF**
Honorable Madeline Cox Arleo, USDJ
United States District Court
District of New Jersey
Martin Luther King | Courthouse
50 Walnut Street | Room 4066
Newark, New Jersey 07101

    *Re:*    Morris County Board of Chosen Freeholders vs.
              Freedom From Religion Foundation, et al.
              Civil Action No. 19-09776
              Our File No. 22394-0039

Dear Judge Arleo:

    The undersigned has had a recent death in the family and is also suffering from a minor medical issue. Pursuant to the court's Letter Order dated April 16, 2019, Plaintiff shall file a brief by April 30, 2019. With the consent of counsel, it is respectfully requested that Plaintiff's brief in support of order to show cause be extended with the new briefing schedule as follows.

    Plaintiff shall file its brief by May 7, 2019;
    Defendants shall respond by May 21, 2019; and
    Plaintiff's reply, if any, shall be filed by June 4, 2019

*So ordered.*
*MCA*
*5/2/19*

    Should the Court require any additional information, we will promptly provide it. We appreciate the Court's courtesies.

                                    Very truly yours,
                                    SCHENCK, PRICE, SMITH & KING, LLP

                                    */s/ John M. Bowens*

                                    John M. Bowens

JMB/mor
cc:    All Counsel (via e-mail)