**PAUL S. GROSSWALD**
*Attorney at Law*

**13 Irving Place, Ste. 1**            Phone: (917) 753-7007
**Summit, NJ 07901**                   Fax: (212) 671-1321
*Admitted in NJ & NY*                  pgrosswald@hotmail.com

November 5, 2019

**<u>Via ECF</u>**
Hon. Michael A. Hammer, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

   Re: <u>Morris County Board of Chosen Freeholders v. Freedom From Religion Foundation, et al. v.</u> Docket No: 2:19-cv-09776 (MCA)(MAH)

Dear Judge Hammer:

  I represent the Defendants in the above-referenced case. Presently there is a Rule 16 Conference scheduled in this matter for this Thursday, November 7, 2019, with a Joint Discovery Plan due today. In light of the fact that there are also presently a number of motions pending, including the Court's Order to Show Cause why this Court should not dismiss the Complaint pursuant to the Rooker-Feldman and Colorado River doctrines [ECF 4], and Defendants' Motion to Dismiss [ECF 7], the parties believe that a Rule 16 Conference and Joint Discovery Plan at this time are premature and unnecessary. Therefore, the parties request that the Rule 16 Conference and Joint Discovery Plan deadline be adjourned until the resolution of the pending motions. Counsel for Plaintiff has consented to this request. Thank you for your consideration of this matter.

                   Sincerely,

                   s/ *Paul S. Grosswald*

                   Paul S. Grosswald

cc by ECF:  John M. Bowens, Esq.